FORMS TO BE USED FOR MOTIONS
UNDER 28 U.S.C. § 2255
(Formulario para Mociones bajo el Titulo 28,
Código E.U. § 2255)

LUIS ZAYAS GOMEZ
_____
NAME (Nombre)

REG. NO 19116-069
_____
PRISON NUMBER
(Número en la prisión)

Davens FMC, P.O. Box 879, Ayer, MA 01432
_____
PLACE OF CONFINEMENT
(Lugar de reclusión)

United States District Court for the District of Puerto Rico
(Tribunal de Distrito de los Estados Unidos para el Distrito de
Puerto Rico)

Crim No. 99-264 (SEC)
_____
CASE NUMBER
(Número del caso)
To be supplied by the Clerk of the U.S. District Court
(Será proporcionado por el Secretario del Tribunal de Distrito
Federal.)

United States

v.

LUIS ZAYAS GOMEZ
_____
FULL NAME OF MOVANT
(Nombre completo del peticionario)

If movant has a sentence to be served in the future under a
federal judgment which he wishes to attack, he should file a motion
in the federal court which entered the judgment.

(Si el peticionario tiene que cumplir una condena futura
dictada por un tribunal federal y que desee impugnar, deberá
radicar una moción en el tribunal federal que dictó el fallo.)

MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE
— BY A PERSON UNDER FEDERAL CUSTODY
(Moción para revocar, dejar sin efecto o corregir una
condena de una persona bajo custodia federal)

1.  This motion must be legibly handwritten or typewritten, and
    signed by the movant under penalty of perjury. Any false
    statement of a material fact may serve as the basis for
    prosecution and conviction for perjury. All questions must
    be answered concisely in the proper space on the form.

Page -2-

(Esta moción debe escribirse en manuscrito, en letra clara, o a maquinilla, y deberá firmarla el peticionario bajo pena de perjurio. Cualquier declaración falsa sobre algún dato importante podrá servir de base a un procesamiento y condena por perjurio. Todas las preguntas deben contestarse en forma concisa en el espacio disponible en el formulario.)

2. Additional pages are not permitted, except with respect to the facts which you rely upon to support your grounds for relief. No citations of authorities need to be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(No se permite utilizar páginas adicionales, excepto en relación con los hechos que sirven de base para sustentar sus motivos para una indemnización. No es necesario citar autoridades. De someterse memorandos o alegatos, éstos deberán someterse en un documento aparte.)

3. Upon receipt, your motion will be filed if it is in proper order.
(Su moción se radicará al recibirse, si la misma cumple con todos los requisitos.)

4. If you do not have the necessary funds for transcript, counsel, appeal or other costs connected with a motion of this type, you may request permission to proceed in forma pauperis, in which case you must execute the declaration on the last page setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(Si usted no tiene el dinero necesario para pagar las transcripciones, abogado, apelación u otros costos relacionados con esta clase de moción, puede solicitar autorización para proceder en forma de pobre, en cuyo caso deberá firmar la declaración que aparece en la última página para que conste que no le es posible pagar los costos. Si desea proceder en forma de pobre, un funcionario autorizado de la institución penal deberá llenar la certificación en relación a los dineros o valores depositados a su favor en cualquier cuenta en la institución.)

Page -3-

5.   Only judgments entered by one court may be challenged in a
     single motion. If you seek to challenge judgments entered by
     different judges or divisions in the same district or in
     different districts, you must file separate petitions as to
     each such judgments.
     (Sólo podrán impugnarse en una moción las sentencias dictadas
     por un mismo tribunal.  Si usted quiere impugnar sentencias
     dictadas por más de un juez o división del mismo distrito o
     de diversos distritos, deberá radicar una solicitud separada
     para cada sentencia.)

6.   Your attention is directed to the fact that you must include
     all grounds for relief and all facts supporting such grounds
     for relief in the motion you file seeking relief from any
     judgment or conviction.
     (Se le apercibe del hecho de que deberá incluir todas las
     razones por las cuales solicita un remedio, y los hechos que
     sustentan dichas razones en la moción que radique solicitando
     un remedio respecto a cualquier sentencia o condena.)

7.   When the motion is fully completed, the original and two
     copies must be mailed to the Clerk of the United States
     District Court for the District of Puerto Rico, whose address
     is:
     (Una vez cumplimentada debidamente la moción, deberá enviar
     por correo original y dos copias al Secretario del Tribunal
     de Distrito de los Estados Unidos para el Distrito de Puerto
     Rico, a su dirección en:
                    Clerk's Office
                    U.S. District Court for Puerto Rico
                    Room 150 - Federal Building
                    Carlos Chardón Avenue
                    Hato Rey, PR 00918-1767

8.   Motions which do not conform to these instructions will be
     returned with a notation as to the deficiency.
     (Las mociones que no cumplan con estas instrucciones se
     devolverán con una nota indicando el defecto.)

Page -4-

MOTION
(Moción)

1.  Name and location of court which entered the judgment or conviction under attack:
    (Nombre y dirección del tribunal que dictó la sentencia o condena que usted impugna.)

    U.S.D.C. - P.R.

2.  Date of judgment or conviction: _____
    (Fecha de la sentencia o condena)

3.  Length of sentence:          78 months
    (Duración de la condena)

4.  Nature of offense involved:        Count One
    (Naturaleza del delito en cuestión)

    _____

5.  What was your plea?  Check one.
    (¿Cómo se declaró usted?  Marque uno.)

    a)  Not guilty ( ) b) Guilty ( X ) c) Nolo contendere ( )
        (No culpable)      (Culpable)

    If you entered a guilty plea to one count or indictment, and a not guilty plea as to other count or indictment, give details:
    (Si usted se declaró culpable de un cargo o una acusación, y se declaró no culpable de otro cargo o acusación, especifique:)

    N/A

    _____

    _____

6.  Kind of trial.  Check one.        N/A
    (Tipo de juicio.  Marque uno.)

    a)  Jury       ( )      b)  Judge only ( )
        (Por jurado)            (Por derecho)        N/A

7.  Did you testify at the trial?        Yes ( )  No  ( )
    (¿Testificó en el juicio?)     N/A   (Sí)     (No)

8.  Did you appeal judgment of conviction?  Yes ( X )  No  ( )
    (¿Apeló la sentencia condenatoria?)     (Sí)      (No)

Page -5-

9.   If you did appeal, answer the following:
     (Si apeló, conteste lo siguiente:)

     a)   Name of the court          U.S. Court of Appeals for the First Circuit
          (Nombre del tribunal)

     b)   Result                     Affirmed
          (Resultado)

     c)   Date of result            3-11-02
          (Fecha del resultado)

10.  Other than a direct appeal from the judgment of conviction
     and sentence, have you previously filed any petitions,
     applications, or motions with respect to this judgment in any
     federal court?
     (Aparte de una apelación directa del fallo condenatorio y la
     sentencia, ¿ha radicado usted anteriormente alguna petición,
     solicitud o moción en relación a dicho fallo en algún tribunal
     federal?)

                              Yes ( )              No  ( X )
                              (Si)                 (No)

11.  If your answer to question 10 was "yes", provide the
     following:
     (Si su contestación a la pregunta número 10 fue "si", indique
     lo siguiente:)

     a)   1.   Name of court        N/A
               (Nombre del tribunal)

          2.   Nature of proceedings  N/A
               (Naturaleza de los procedimientos)

          3.   Grounds raised        N/A
               (Razones aducidas)

          4.   Did you receive an evidentiary hearing on your
               petition, application or motion?
               (¿Le concedieron una vista para presentar pruebas
               respecto a su petición, solicitud o moción?)
                              Yes ( )              No  ( )
                              (Si)                 (No)

          5.   Result               N/A
               (Resultado)

          6.   Date of result       N/A
               (Fecha del resultado)

Page -6-

b)  As to any second petition, application or motion give
    the same information:
    (Provea la misma información respecto a una segunda
    petición, solicitud o moción.)

    1.  Name of court                N/A
        (Nombre del tribunal)

    2.  Nature of proceedings ____N/A____
        (Naturaleza de los procedimientos)

    3.  Grounds raised               N/A
        (Razones aducidas)

    4.  Did you receive an evidentiary hearing on your
        petition, application or motion?
        (¿Le concedieron una vista para presentar pruebas
        respecto a su petición, solicitud o moción?)
                        Yes (  )            No  (  )
                        (Sí)                (No)

    5.  Result                        N/A
        (Resultado)

    6.  Date of result          N/A
        (Fecha del resultado)

c)  As to any third petition, application, or motion give
    the same information:
    (Provea la misma información respecto a una tercera
    petición, solicitud o moción.)

    1.  Name of court                N/A
        (Nombre del tribunal)

    2.  Nature of proceedings ____N/A____
        (Naturaleza de los procedimientos)

    3.  Grounds raised               N/A
        (Razones aducidas)

    _____

    _____

Page -7-

4. Did you receive an evidentiary hearing on your
   petition, application or motion?
   (¿Le concedieron una vista para presentar pruebas
   respecto a su petición, solicitud o moción?)
   
                        Yes ( )              No ( )
                        (Sí)                 (No)

5. Result                 N/A
   (Resultado)

6. Did you appeal the result of any action taken on
   any petition, application or motion to an appellate
   court having jurisdiction?
   (¿Apeló usted el resultado de alguna acción tomada
   respecto a cualquier petición, solicitud o moción
   al tribunal de apelación con jurisdicción?)

   1) First petition, etc.    Yes ( )  No ( )  N/A
      (Primera petición, etc.) (Sí)    (No)

   2) Second petition, etc.   Yes ( )  No ( )  N/A
      (Segunda petición, etc.) (Sí)    (No)

   3) Third petition, etc.    Yes ( )  No ( )  N/A
      (Tercera petición, etc.) (Sí)    (No)

d) If you did not appeal from the adverse action on any
   petition, application or motion, explain briefly why not.
   (Si no apeló la resolución adversa respecto a cualquier
   petición, solicitud o moción, explique brevemente por
   qué no lo hizo:)

   _____ N/A _____
   _____
   _____
   _____

12. State concisely every ground on which you claim that you are
    being held unlawfully. Summarize briefly the facts supporting
    each ground.
    (Exponga brevemente cada una de las razones por las que usted
    alega estar detenido ilegalmente. Resuma brevemente los
    hechos que sustenten cada una de las razones.)

Page -8-

If necessary you may attach pages stating additional grounds and facts supporting same.
(De ser necesario puede incluir páginas para indicar los motivos y hechos adicionales que sustenten los mismos.)

CAUTION: If you fail to set forth all such grounds in this motion, you may be barred from presenting them at a later date.
(ADVERTENCIA: Si deja de exponer todos los motivos en esta moción, podría más adelante verse impedido de presentarlos.)

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings.
(Para su información incluimos a continuación una lista de los motivos utilizados con mayor frecuencia al solicitar un remedio en estos procedimientos.)

Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds -relating to this conviction- on which you base your allegations that you are being held under custody unlawfully.
(Cada aseveración que está precedida por una letra constituye un motivo separado para un posible remedio. Puede aducir cualquier otro motivo adicional a los enumerados. Sin embargo, deberá incluir en esta petición todos los motivos disponibles -relacionados con esta condena- en los que basa su alegación de encontrarse detenido ilegalmente.)

Do not check any of these listed grounds.
(No marque ninguno de los motivos enumerados a continuación.)

The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.
(Se le devolverá la petición si usted meramente marca de la "a" a la "j" o cualesquiera de estos motivos.

If you select one or more of these grounds for relief, you must allege facts.
(Si selecciona uno o más de estos motivos para solicitar un remedio, deberá alegar hechos.)

Page -9-

a)   Conviction obtained by a plea of guilty which was
     unlawfully induced or not made voluntarily with the
     understanding of the nature of the charge and the
     consequences of the plea.
     (La condena se obtuvo mediante una alegación de
     culpabilidad inducida ilegalmente, o no se hizo de forma
     voluntaria con conocimiento de la naturaleza del cargo
     y las consecuencias de declararse culpable.)

b)   Conviction obtained by use of coerced confession.
     (La condena se obtuvo por medio de una confesión bajo
     coacción.)

c)   Conviction obtained by use of evidence gained pursuant
     to an unconstitutional search and seizure.
     (La condena se obtuvo mediante el uso de pruebas
     obtenidas como resultado de un registro y ocupación
     ilegales.)

d)   Conviction obtained by use of evidence gained pursuant
     to an unlawful arrest.
     (La condena se obtuvo mediante el uso de pruebas
     obtenidas como resultado de un arresto ilegal.)

e)   Conviction obtained by a violation of the privilege
     against self-incrimination.
     (La condena se obtuvo mediante una violación del
     privilegio de no incriminarse a sí mismo.)

f)   Conviction obtained by the unconstitutional failure of
     the prosecution to disclose to the defendant evidence
     favorable to the defendant.
     (La condena se obtuvo porque la fiscalía no cumplió con
     su deber constitucional de revelar al acusado las pruebas
     a su favor.)

g)   Conviction obtained by a violation of the protection
     against double jeopardy.
     (La condena se obtuvo mediante una violación de la
     protección a no ser procesado dos veces por el mismo
     delito.)

h)   Conviction obtained by action of a grand or petit jury
     which was unconstitutionally selected and impanelled.
     (La condena se obtuvo mediante la actuación de un gran
     jurado o jurado de juicio seleccionado y constituido
     inconstitucionalmente.)

Page -10-

i)   Denial of effective assistance of counsel.
     (Se le negó el auxilio necesario de un abogado.)

j)   Denial of right to appeal.
     (Se le negó el derecho de apelación.)

k)   Sentence is in excess of maximum authorized by law.
     (La condena excede el máximo autorizado por la ley.)

Ground one:      Ineffective legal assistance.  See sworn statement
(Primer motivo)

submitted by Maria H. Sandoval, Esq.

Supporting facts (tell your story briefly without citing
cases or law):
Hechos justificativos  (Relate brevemente su versión de
los hechos sin citar precedentes ni leyes:)

See sworn statement submitted by Maria H. Sandoval, Esq.

Ground two:      N/A
(Segundo motivo)

Page -11-

Supporting facts (tell your story briefly without citing cases or law):
Hechos justificativos.  (Relate brevemente su versión de los hechos sin citar precedentes ni leyes:)

_____ N/A _____

_____

_____

_____

_____

_____

_____

Ground three:    _____ N/A _____
(Tercer motivo)

_____

_____

_____

_____

_____

_____

Supporting facts (tell your story briefly without citing cases or law):
(Hechos justificativos.  Relate brevemente su versión de los hechos sin citar precedentes ni leyes:)

_____ N/A _____

_____

_____

_____

_____

_____

_____

Page -12-

Ground four: ___N/A_____
(Cuarto motivo)

_____

_____

_____

_____

_____

Supporting facts (tell your story briefly without citing
cases or law):
Hechos justificativos.  (Relate brevemente su versión de
los hechos sin citar precedentes ni leyes:)
_____N/A_____

_____

_____

_____

_____

_____

_____

13.  If any of the grounds listed in 12A, B, C, and D were not
previously presented, state briefly what grounds were not
presented; and give your reasons for not presenting them:
(Si alguno de los motivos enumerados en el 12A, B, C, y D, no
se ha presentado anteriormente, indique brevemente cuáles de
los motivos no se presentaron y por qué razón:)

___Ineffective legal assistance.  See sworn statement submitted by Maria H. Sandoval, Esq.___

_____

_____

_____

_____

_____

Page -13-

14. Do you have any petition or appeal now pending in any court
    as to the judgment under attack?
    (¿Tiene usted alguna petición o apelación pendiente en algún
    tribunal en relación con la sentencia que está impugnando?)

                          Yes ( )            No ( X )
                          (Sí)               (No)

15. Give the name and address, if known, of each attorney who
    represented you in the following stages of the judgment
    attacked herein.
    (Dé el nombre y dirección, si los sabe, de cada uno de los
    abogados que lo representaron en las siguientes etapas de la
    sentencia que está impugnando.)

    a)   At preliminary hearing:    N/A
         (En la vista preliminar)

    b)   At arraignment and plead:  Maria H. Sandoval
         (En la lectura de acusación y alegación)

    c)   At trial:                  N/A
         (En el juicio)

    d)   At sentencing:             Maria H. Sandoval
         (En la imposición de la sentencia)

    e)   On appeal:                 Maria H. Sandoval
         (En la apelación)

    f)   In any post-conviction proceeding:  N/A
         (En cualquier proceso posterior a la condena)

    g)   On appeal from any adverse ruling in a post-conviction
         proceeding:
         (En la apelación de cualquier decisión adversa en un
         proceso posterior a la condena.)

                                    N/A

16. Were you sentenced on more than one count of an indictment,
    or on more than one indictment in the same court at the same
    time?

Page -14-

> (¿Lo sentenciaron en un mismo tribunal y a la vez por más de
> un cargo en una acusación o por más de una acusación?)

**Yes** ( )                    **No** ( X )
**(Si)**                       **(No)**

17. Do you have any future sentence to serve after you complete
    the sentence imposed by the judgment under attack?
    (¿Tiene que cumplir alguna otra pena después que termine la
    pena impuesta por el fallo que está impugnando?)

**Yes** ( X )                  **No** ( )
**(Si)**                       **(No)**

a) If so, give name and location of court which imposed
   sentence to be served in the future.
   (De ser así, dé el nombre y localización del tribunal
   que impuso la pena que se cumplirá en el futuro.)
   The Superior Court of the Commonwealth of Puerto Rico. This is precisely the
   legal issue raised in my Section 2255 petition.

b) And give date and length of sentence to be served in the
   future.
   (Dé también la fecha y duración de la pena que cumplirá
   en el futuro.)

   I have already served the "futute" sentence.

c) Have you filed or do you contemplate filing any petition
   attacking the judgment which imposed the sentence to be
   served in the future?
   (¿Ha radicado o piensa radicar alguna petición para
   impugnar el fallo bajo el cual se impuso la pena que se
   cumplirá en el futuro?)

**Yes** ( )                    **No** ( )
**(Si)**                       **(No)**

Not yet. I do not know if it will be necessary.

WHEREFORE, movant prays that the Court grant the relief to which he may be entitled in this proceeding.

(POR TODO LO CUAL, el peticionario solicita que el Tribunal le conceda el remedio al que pueda tener derecho bajo este procedimiento.)

In _____, _____.
En _____, _____.

_____
Petitioner (Peticionario)

I declare under penalty of perjury that the foregoing is true and correct.
(Declaro bajo pena de perjurio que lo anterior es cierto y correcto.)

Signed this ___13th___ day of ___agosto___, ~~19~~ 2006.
Firmado hoy                del mes de              19 ____.

_____
Petitioner (Peticionario)